# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STAR FABRICS, INC., <br><br> Plaintiff, <br><br> v. <br><br> SHOSHO FASHION, INC., *et al.*, <br><br> Defendants. | Case No. CV 18-08525-CJC (MAAx) <br> <u>Hon. Cormac J. Carney Presiding</u> <br><br><br> **ORDER TO DISMISS ACTION** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

1. The action is dismissed with prejudice; and
2. The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action.

SO ORDERED.

Dated: April 11, 2019, 2019        By: _____
                                   HONORABLE CORMAC J. CARNEY
                                   UNITED STATES DISTRICT JUDGE